# EXHIBITS

# EXHIBIT 1

| | |
|---|---|
| From: | "Leslie Packer, PhD" <admin@databreaches.net> |
| Subject: | FOIA Request for Breach Report |
| Date: | Fri, February 3, 2017 21:58 |
| To: | FOIARequest@hhs.gov |

---

Dear FOIA Officer Michael Marquis:

Pursuant to FOIA, I am requesting any records related to any and all HIPAA breaches reported by:

Aesthetic Dentistry PC
156 5th Ave # 304, New York, NY 10010

If the report wasn't filed under that entity's name, it may have been filed under one of the doctors' names: Karen K. Ip, D.D.S., Agnes M. Czarnik, D.D.S., or Jeffrey M. Gold, D.D.S.

I am requesting records for the period of April 1, 2016 - Feb. 3, 2017.

I am a journalist and researcher and this information is requested to inform the public on matters of public concern. I therefore request waiver of any fees.

I also request that responsive records be provided to me electronically, via email attachments. If that is not feasible, please contact me at 516-785-2653 to discuss alternatives.

Thank you. Should you have any questions or need clarification of any element of this request, please contact me by telephone 516-785-2653.

Leslie E. Packer, PhD
940 Lincoln Place
North Bellmore, NY 11710-1016
Tel. 516-785-2653
Email: admin@databreaches.net

# EXHIBIT 2

| From: | "Leslie Packer, PhD" <admin@databreaches.net> |
| Subject: | FOIA Request for Breach Reports |
| Date: | Friday, February 03, 2017 3:31 PM |
| To: | "OS FOIA Request (HHS/ASPA)" <FOIARequest@hhs.gov> |

Dear FOIA Officer Michael Marquis:

Pursuant to FOIA, I am requesting reports and records related to any and all HIPAA breaches affecting 500 or more patients reported by any unit of SSM Health, including the hospitals listed below the separator, for the time period of July 1, 2016 - Feb. 3, 2017.

I am a journalist and researcher and this information is requested to inform the public on matters of public concern. I therefore request waiver of any fees.

I also request that responsive records be provided to me electronically, via email attachments. If that is not feasible, please contact me at 516-785-2653 to discuss alternatives.

Thank you. Should you have any questions or need clarification of any element of this request, please contact me by telephone 516-785-2653.

Leslie E. Packer, PhD
940 Lincoln Place
North Bellmore, NY 11710-1016
Tel. 516-785-2653
Email: admin@databreaches.net


---------- List of SSM Health Hospitals: --------------

Missouri:

SSM Health St. Louis University Hospital - St. Louis
SSM Health Cardinal Glennon Children's Hospital
SSM Health DePaul Hospital - St. Louis
SSM Health St. Clare Hospital - Fenton
SSM Health St. Francis Hospital - Maryville
SSM Health St. Joseph Hospital - Lake Saint Louis
SSM Health St. Joseph Hospital - St. Charles
SSM Health St. Joseph Hospital - Wentzville
SSM Health St. Mary's Hospital - St. Louis
SSM Health St. Mary's Hospital - Jefferson City

SSM Health St. Mary's Hospital - Audrain (Mexico, Missouri)

Oklahoma:

 St. Anthony Hospital - Main Campus (Oklahoma City)
St. Anthony Bone and Joint Hospital (Oklahoma City)
St. Anthony Healthplex East (Oklahoma City)
St. Anthony Healthplex North (Oklahoma City)
St. Anthony Healthplex South (Oklahoma City)
St. Anthony Healthplex Mustang (Oklahoma City metro) St. Anthony Hospital Shawnee (Oklahoma City
metro) St. Anthony Urgent Care Center Shawnee

Wisconsin:

St. Clare Hospital and Health Services (Baraboo)
St. Clare Meadows Care Center (Baraboo) St. Mary's Hospital (Madison)
St. Mary's Care Center (Madison)
St. Mary's Janesville Hospital (Janesville)
Dean Health System (Madison)

Illinois:

St. Mary's Good Samaritan, Inc. (Good Samaritan Regional Health Center in Mount Vernon and St.
Mary's Hospital in Centralia)

# EXHIBIT 3

| From: | "Leslie Packer, PhD" <admin@databreaches.net> |
| Subject: | No Response to FOIA Request for Breach Reports? |
| Date: | Wed, April 12, 2017 09:53 |
| To: | "OS FOIA Request (HHS/ASPA)" <FOIARequest@hhs.gov> |

To Whom It May Concern:

In the first week of February, I filed two FOIA requests. One appears below the separator. The other one concerned "Aesthetic Dentistry" in NYC.

I have not received replies to either request. I have not received file numbers, even.

Do I need to file an appeal or do I need to file a lawsuit to obtain the requested information/records? They were very straightforward requests, clearly limited in scope, and I received no phone call or anything. Two months should have been more than sufficient to obtain the information, which continues to be of public concern.


Leslie Packer, PhD

[snip]